# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Espiridion Torres-Quezada,<br>A099 466 950<br>*Defendant* | ) ) ) Case No. 17-7506MJ ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Espiridion Torres-Quezada, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about August 11, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Jimmy Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 17, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Jimmy Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 16, 2017, Border Patrol Agent Ryan Diener encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Espiridion Torres-Quezada, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Torres-Quezada was transported to the Ajo Border Patrol Station for further processing. Torres-Quezada was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Espiridion Torres-Quezada to be a citizen of Mexico and a previously deported criminal alien. Torres-Quezada was removed from the United States to Mexico through Nogales, Arizona, on or about August 11, 2016, pursuant to a removal order issued by an immigration judge. There is no record of Espiridion Torres-Quezada in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

1

Homeland Security to return to the United States after his removal. Torres-Quezada's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Espiridion Torres-Quezada was convicted of Re-entry of Removed Alien, a felony offense, on August 10, 2016, in the United States District Court, District of Arizona. Torres-Quezada was sentenced to time served imprisonment, with one (1) year of supervised release. Torres-Quezada's criminal history was matched to him by electronic fingerprint comparison.

5. On October 16, 2017, Espiridion Torres-Quezada was advised of his constitutional rights. Torres-Quezada freely and willingly acknowledged his rights, but initially did not agree to provide a statement under oath. Subsequently, about an hour later, Torres-Quezada freely and willingly agreed to provide a statement under oath. Torres-Quezada stated that his true and correct name is Espiridion Torres-Quezada and that he is a citizen of Mexico. Torres-Quezada stated that he entered the United States illegally, by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 16, 2017, Espiridion Torres-Quezada, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States

///

at or near Nogales, Arizona, on or about August 11, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Jimmy Cepeda
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 17th day of October, 2017.

_____
Bridget S. Bade
United States Magistrate Judge